THE GERMANIA INSURANCE COMPANY *v.* JOHNSON.

From the Jefferson Circuit Court.

*J. Y. Allison* and *W. S. Friedley*, for appellant.

*H. W. Harrington* and *C. A. Korbly*, for appellee.

BUSKIRK, J.—This case is in all its legal aspects the same as the case of *The Aurora Insurance Co.* v. *Johnson, ante,* p. 315; and upon the ruling in that case the judgment in the present is affirmed.

The judgment is affirmed, with costs.